998 A.2d 574

**Anthony M. BLUME, Petitioner**

v.

**Natasha L. LOWE, Esquire Court of Common Pleas Philadelphia County, Respondent.**

**No. 38 EM 2010.**

Supreme Court of Pennsylvania.

July 13, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of July, 2010, the Application for Leave to File Original Process and the Petition for Writ of

332

Mandamus and/or Extraordinary Relief are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation is improper). The Prothonotary is directed to forward these filing to counsel of record.